IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES <br><br> v. <br><br> SHAMIKA RICHARDSON | * <br> * <br> *     CRIM. NO. 21-900-9 <br> * <br> * <br> * <br> ***** |

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Standing Order 2020-06, this Court finds:

☑ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

☑ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    ☐ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    ☐ Other:

Date: March 15, 2022

_____
Honorable Susan D. Wigenton
United States District Judge